UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 7651

| | |
|---|---|
| ROBERT T. KNOX, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br>    -against-<br><br>AGRIA CORPORATION, GUANGLIN LAI, KENNETH HUA HUANG, GARY KIM TING YEUNG, ZHAOHUA QIAN, ZHIXIN XUE, GEOFFREY DUYK, TERRY MCCARTHY, JASMINE MARRERO, BROTHERS CAPITAL LIMITED, CREDIT SUISSE SECURITIES (USA) INC., PIPER JAFFRAY & CO. and CIBC WORLD MARKETS CORP.,<br><br>                    Defendants. | 08 Civ._____<br><br>[Related Cases: 08-cv-03536, 08-cv-03886, 08-cv-04456]<br><br>**RULE 7.1 STATEMENT OF DEFENDANT AGRIA CORPORATION** |



RECEIVED
AUG 29 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Agria Corporation ("Agria") certifies that there are no parent corporations or publicly-held corporations that own 10% or more of Agria's stock.

Dated: New York, New York
August 29, 2008

Respectfully submitted,
LATHAM & WATKINS LLP

By _____
Joseph M. Salama
David M. Brodsky
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
Telephone: (212) 906-1628
Email: joseph.salama@lw.com
Email: david.brodsky@lw.com

James J. Farrell (*Of Counsel*)
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Telephone: (213) 891-8498
Email: james.farrell@lw.com

*Attorneys for Defendant*
Agria Corporation