UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT T. KNOX, Individually and on Behalf of All Others Similarly Situated,<br><br>                           Plaintiff,<br>     -against-<br><br>AGRIA CORPORATION, GUANGLIN LAI, KENNETH HUA HUANG, GARY KIM TING YEUNG, ZHAOHUA QIAN, ZHIXIN XUE, GEOFFREY DUYK, TERRY MCCARTHY, JASMINE MARRERO, BROTHERS CAPITAL LIMITED, CREDIT SUISSE SECURITIES (USA) INC., PIPER JAFFRAY & CO. and CIBC WORLD MARKETS CORP.,<br><br>                           Defendants. | 08  Civ. 7651<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

BRENDAN HICKEY, being duly sworn, deposes and says:

1.     I am over 18 years of age and am employed by Latham & Watkins LLP and am not a party to this action.

2.     On Friday, August 29, 2008, I served a true and correct copy of the Notice of Removal, dated 8/29/08, Statement of Related Case Pursuant to Local Rule 1.6(a), dated 8/29/08, Civil Cover Sheet, dated 8/29/08, Rule 7.1 Statement of Defendant Agria Corporation, dated 8/29/08, and Joinder of Jasmine Marrero in Agria Corporation's Notice of Removal, dated 8/29/08, by personal delivery upon:

                    Beth Kaswan, Esq.
                    Scott & Scott LLP
                  29 West 57th Street
                New York, New York 10019
                   Attorney for Plaintiff

by delivering and leaving same at the above referenced address.

_____
BRENDAN HICKEY

Sworn to before me this
29th day of August, 2008

_____
Notary Public

JESSICA L. BENGELS
Notary Public, State of New York
No. 02BE6143492
Qualified in Queens County
Commission Expires April 10, 2010